UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

|  |  |
|---|---|
| UNITED STATES OF AMERICA ) | Criminal Case No. 21-cr-43-LM-01/02 |
| ) | |
| v. ) | |
| ) | |
| MICHAEL RACINE and ) | |
| RALPHIE GARCIA ) | |

# **INDICTMENT**

The Grand Jury charges:

COUNT ONE
Conspiracy to Distribute a Controlled Substance
21 U.S.C. §§ 846, 841(a)(1) & 841(b)(1)(C)

From an unknown date, but at least by on and about August 7, 2019, and continuing to an unknown date not before August 26, 2019, in the District of New Hampshire and elsewhere, the defendants,

MICHAEL RACINE

and

RALPHIE GARCIA,

willfully combined, conspired, confederated and agreed each other, and with other persons known and unknown to the Grand Jury, to commit the following offense against the United States: to distribute controlled substances, namely cocaine base, commonly known as crack cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 846, 841(a)(1), and 841(b)(1)(C).

<pre>
                                             A TRUE BILL


Dated:  March 15, 2021                       /s/ Foreperson
                                             FOREPERSON

JOHN J. FARLEY
ACTING UNITED STATES ATTORNEY


        /s/ Charles L. Rombeau
By:     Charles L. Rombeau
        Assistant U.S. Attorney
</pre>