UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal Case No. 21-cr-43-01-LM |
| ) | |
| MICHAEL RACINE ) | |

## PETITION FOR WRIT OF HABEAS CORPUS

The undersigned Assistant United States Attorney hereby applies to the Court for the issuance of a writ of habeas corpus

1. Name of detainee: **MICHAEL RACINE**

2. Detained by: **CHESHIRE COUNTY HOUSE OF CORRECTIONS**

3. Detainee is charged in the district by
   ( X ) Indictment     ( ) Information     ( x ) Complaint
   OR ( ) is a witness not otherwise available by the ordinary process of the Court.

4. Appearance is necessary on **February 22, 2022** at **2:30pm** for Initial Appearance/Arraignment.

Date:  February 16, 2022              /s/ Charles Rombeau
                                       Charles Rombeau
                                       Assistant U.S. Attorney

## WRIT OF HABEAS CORPUS

(  ) Ad Prosequendum                    (  ) Ad Testificandum

The above petition is granted and the above-named custodian, as well as the United States Marshal for this district, is hereby ORDERED to produce the named detainee on the date, at the time recited above, and any further proceedings to be had in this case, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

Date:                                   _____
                                        Deputy Clerk