AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of New Hampshire

RECEIVED MAR 1 6 2021 US MARSHALS SERVICE

| United States of America | ) | |
| v. | ) | |
| MICHAEL RACINE | ) Case No. | 1:21-cr-43-LM-01/02 |
| | ) | |
| Defendant | ) | |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* Michael Racine,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

Count 1: 21 U.S.C. §§ 846, 841(a)(1) & 841(b)(1)(C) - Conspiracy to Distribute a Controlled Substance

Date: 03/16/2021

*Issuing officer's signature*

City and state: Concord, New Hampshire

Megan Cahill, Deputy Clerk
*Printed name and title*

---

**Return**

This warrant was received on *(date)* _____, and the person was arrested on *(date)* 2/22/22
at *(city and state)* Keene, NH.

Date: 2/22/22

*Arresting officer's signature*

Benjamin Sborm Special Agent
*Printed name and title*



RECEIVED
MAR 16 2021
US MARSHALS SERVICE